JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RINESON CURTIS ADAMS, | ) | No. CV 18-2293-CJC (PLA) |
| Plaintiff, | ) | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| v. | ) | |
| GINA LYNN EVANS, | ) | |
| Defendant. | ) | |

On March 20, 2018, plaintiff filed a purported civil rights Complaint pursuant to 42 U.S.C. § 1983, along with an application to proceed without prepayment of filing fees ("Application"). (ECF Nos. 1, 2). On March 26, 2018, the Magistrate Judge in this action recommended that plaintiff's Application be denied based on (1) plaintiff's failure to file the form authorizing disbursements from his prison trust account and to provide a certified copy of his trust fund statement for the last six months, and (2) the fact that the allegations in the Complaint appeared to be based on copyright or patent violations, and not civil rights violations. (ECF No. 4). On March 27, 2018, based on the Magistrate Judge's recommendation in this action, the Court denied plaintiff's Application with leave to amend within thirty days. (Id.). However, instead of submitting the required forms and an amended Complaint, on April 27, 2018, plaintiff filed a letter in which he asks that all of his claims in this action (Adams v. Evans), and in the action of Adams v. Lugo, be withdrawn. The Court construes

plaintiff's letter as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

The Court finds no record of <u>Adams v. Lugo</u> on its docket. Accordingly, to the extent plaintiff requests that the Court dismiss this unknown action, plaintiff's request is **denied**.

Plaintiff's request for dismissal of this action (CV 18-2293-CJC (PLA), <u>Adams v. Evans</u>) is **granted**, and this action is hereby **dismissed without prejudice**.

DATED: May 3, 2018

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE